1  CRAIG J. LEFF
   California Bar Number 202144
2  2207 Catalina Boulevard
   San Diego, California 92107
3  Telephone: (619) 758-1712
   Facsimile : (619)  353-3821
4  Email: cleff@lefflegal.com

5  Attorney for Defendant
   FELIPE LOPEZ-URIBE
6

7

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   Case No.     11CR01282-001-AJB
                                  )
12          Plaintiff,             )   **CERTIFICATE OF SERVICE**
   v.                             )
13                                )   The Hon.    Anthony J. Battaglia
   FELIPE LOPEZ-URIBE,            )
14                                )   Date:       June 29, 2012
          Defendant.              )   Time:       9:00 a.m.
15 _____)

16      **It is Hereby Certified That:**

17      I, Craig J. Leff, am a citizen of the United States, over the age of 18 years old and am a

18 resident of San Diego County, California.  My business address is 2207 Catalina Boulevard, San

19 Diego, California 92107.  I am not a party to the above-entitled action.  I served Mr. Lopez-Uribe's

20 Joint Motion to Continue, Certificate of Service and Proposed Order on the following party, by

21 electronically filing it with the Court's Electronic Case Filing System:

22      Joseph J. Orabona, Esq.
        880 Front Street, Rm. 6293
23      San Diego, California 92101

24      I declare, under the penalty of perjury under the laws of the United States of America, that

25 the foregoing is true and correct.

26 Dated: June 22m 2012                         S/s *Craig J. Leff*
                                                Declarant
27

28